# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re:   Norma J. Smith | ) | 08 B 05154 |
|  | ) | |
|         Debtor(s), | ) | Judge Pamela S. Hollis |

## ORDER CONFIRMING CHAPTER 13 PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor(s) on April 2, 2008, (as modified by the amendment filed on ___5-/-08___) having been found by the court to comply with the provisions of 11 USC §1325, THE PLAN IS HEREBY CONFIRMED.

Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C. §§541 and 1306, shall continue to be property of the estate following confirmation.

Dated: JUL - 7 2008

Pamela S. Hollis
US Bankruptcy Judge

Non-Binding plan Summary:

| Monthly Pmt | Term | Est. UNS% |
|---|---|---|
| $108.92 | 60 | 10% |

Office of the Chapter 13 Trustee
Marilyn O Marshall
224 S Michigan
Suite 800
Chicago, IL 60604
(312) 431-1300