UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                                  Case No. 08-05154-PSH
Norma J. Smith,                                         Honorable Pamela S. Hollis
    Debtor.                                             Chapter 13

### ORDER MODIFYING STAY OF 11 U.S.C. §362 and the codebtor stay of 11 U.S.C. sec. 1301

At Chicago, Illinois, this 21st day of July, 2008, before the Honorable Pamela S. Hollis, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing upon the motion of GMAC, to modify the automatic stay of 11 U.S.C. §362 and the codebtor stay of 11 U.S.C. sec. 1301; due notice being served on the parties in interest; the Court having jurisdiction and being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that the automatic stay of 11 U.S.C. §362 and the codebtor stay of 11 U.S.C. sec. 1301 be, and hereby is, modified, as to GMAC, so as to allow it to take possession of one 2005 CHEVROLET SILVERADO, VIN 1GCHK23U35F807544, and enforce its rights against the security in accordance with applicable non-bankruptcy law, state law and the agreement dated May 27, 2006.

FURTHER, the Court finds that Federal Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is non-applicable and thus GMAC may immediately enforce and implement this Order.

IT IS FURTHER ORDERED that GMAC be, and hereby is, granted leave to file an Unsecured Proof of Claim for the deficiency balance after sale of the vehicle and that the claim shall be deemed timely filed.

ENTER:

_____
Bankruptcy Judge

James M. Philbrick
Attorney No. 6244743
Law Offices of James M. Philbrick P.C.
P.O. Box 351
Mundelein, Illinois  60060
847/949-5290
Fax: 847/949-5690

**2 1 JUL 2008**